**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. NUBONE COMPANY, Inc., Respondent.**

No. 9125.

Circuit Court of Appeals, Third Circuit.

Argued May 21, 1946.

Decided May 29, 1946.

Owsley Vose, of Washington, D.C. (David A. Morse, Gen. Counsel, A. Norman Somers, Asst. Gen. Counsel, Morris P. Glushien, and John H. Dorsey, Attys. National Labor Relations Board, all of Washington, D. C., on the brief), for petitioner.

O. J. Graham, of Erie, Pa. (Gifford, Graham, MacDonald & Illig, of Erie, Pa., on the brief), for respondent.

Before MARIS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

This is a petition by the National Labor Relations Board to enforce an order rendered against the respondent corporation. The case involves no new question of law arising under the statute. The facts were

clearly developed both in brief and argument. We conclude that the Board's conclusions are based upon substantial evidence and that the terms of the order are responsive to the facts found.

The petition for enforcement will, therefore, be granted. A form of decree may be submitted under Rule 20(10).